AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

EARNEST MOON, as Administrator of the Estate of David Moon,

Plaintiff,

v.

SHERIFF PAUL REVIERE, et al.,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 119-217

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, purusant to the Order of the Court dated August 19, 2021, the Medical Defendants' and Sheriff Defendants' motions for summary judgment are granted. Therefore, Judgment is hereby entered in favor of the Defendants, and this case stands closed.



August 19, 2021
Date

John E. Triplett, Clerk of Court
Clerk

*Candy Cashell*
(By) Deputy Clerk

GAS Rev 10/2020